**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

US DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

APR 1 8 2017

DOUGLAS F. YOUNG, Clerk
By _____
            Deputy Clerk

Donald Seth Andrews Jr
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 42309   County Number
(Do Not Put Your Social Security Number)

**V.**                    CASE NO. 17-5068

Benton County Sheriff
Nurses Doctor Medical Staff
Depecker Wilkins Allen, Kensinger ALL E-Pod 104 Deputies
(Enter above the **full** name of the Defendant,
or Defendants, in this action.)

**I.   Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?

Yes _____        No ✔

B.   If your answer to A is yes, describe each lawsuit in the space below including the **exact**
**Plaintiff name or alias used.**  (If there is more than one lawsuit, describe  the additional
lawsuits on another piece of paper, using the same outline.)

1.   Parties to this lawsuit

Plaintiffs:  Donald Seth Andrews Jr

Defendants:  Sheriff Holenbock, Lt E Holt, Medical
Staff Deputies Wilkins Allen,   Benton Count
Jail

2.   Court (if federal court, name the district; if state, name the county):

_____

3.   Docket number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (for example:  Was the case dismissed?  Was it appealed?

Is it still pending?) _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

(Revised12/2016)

-1-

II.     **Place of Present Confinement:** _Benton County Jail_
_1300 SW 14th ST Bentonville AR 72712_

III.    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A.    Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes _✓_          No _____

    B.    If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C.    If your answer is NO, explain why not: _ALL Grievance and_
_Complaints are on kieskios and written to_
_Attorney General Gaulener of Arkansas_

IV.     **Parties**

    (In item A below, place your name in the first blank and place your present address in the second blank.)

    A.    Your Full Name: _Donald Seth Andrews Jr_
        Address: _1300 South West fourteenth St_
        _Bentonville Arkansas 72712_

    (In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

    **Do Not List Witnesses.**

    You may not name the jail as a Defendant.  The jail is a building and cannot be sued.

    B.  Read carefully and fill out all information sought.

        **1. Defendant #1.**
        Full Name: _Defendants Will Not tell me their Names_
        Position: _Medical Department / Nurse's + Doctor_
        Place of Employment: _Benton County Jail_
        Address: _1300 SW 14th St_
        _Bentonville ARKANSAS_

### 2.  Defendant #2.

Full Name:  LT R HOLT, Deputy Wilkins

Position:  Lt B Holt,   Pod Deputy Wilkins

Place of Employment:  Benton County Jail

Address:  1300 SW 14th St

Bentonville AR 72712

### 3.  Defendant #3.

Full Name:  E-104 POD Deputies, Sheriff Holenbuck

Position:  Benton County Sheriff and Sheriff deputies

Place of Employment:  Benton County Jail

Address:  1300 SW 14th Street

Bentonville AR 72712

### 4.  Defendant #4.

Full Name:  Sheriff HolenBack ALL E-104 Pod Deputies

Position:  Benton County Sheriff and Deputies

Place of Employment:  Benton County Jail

Address:  1300 SW 14th ST

Bentonville AR 72712

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

V.    **At the time of the alleged incident(s), were you:**
(check the appropriate blank)

_____        in jail and still awaiting trial on pending criminal charges
_____        serving a sentence as a result of a judgment of conviction
__✓__        in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain:  Contempt of Court Awaiting Sentence

on fire arm Charges

**Please provide the date of your conviction or probation or parole revocation:**

4-13-2007

## VI.  Statement of Claim

State _every_ ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim.  This section should be limited to the _facts_ of your claim.

With respect to _each_ claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.   (Use as much space as you need.  Attach extra sheets if necessary.)

**Claim Number # 1:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

Medical Care / Physcidicermol or Mental Health

Date of the Occurrence:  2-16-2017 - ongoing

Name of Each Defendant involved:  Nurses, Doctor and Intake officers will not provide me their Names but should be a matter of record)?

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

Disregard for Medical Conditions Causing Irreversable Neuralogical Conditions, Excruciating Pain and Suffering, life threatening injuries and worsening of Pre existing Conditions by flagrant arrogant disregard and Callous actions and failure to do any thing at all from the hole Medical staff

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__✓__  both official and personal capacity

-4-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Denial of Medical , Refusal to Read Records ; To treat or even attempt to treat anything Considered unnecessary MIN DSV during Subjecting me to others bodily fluids by putting me on the floor with a compromised immune system Staff knowing of my said disease and medical and

**Claim Number # 2:** Ignoring everything

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Denial of Legal Access and access to the Court through denial of →

**Date of the Occurrence:** Feb 16 — through present

**Name of Each Defendant involved:** LT R Holt , Deputy wilkins Deputy Allen, Deputy Krousner

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

Lt Holt, Deputy wilkins Refused me access to the Law Library , They demanded to know what I wanted to research, what cases I wanted the harm it caused was I went blindly into a Plea of 40 years not knowing what I was pleaing to without knowing the law

**With regard to Claim #2, are you suing Defendant(s) in his or her:** (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

Jail Staff/ Lt Holt Deputy Wilkins want to know about My criminal and civil proceedings If I dont tell them Im refused Law Library they want specifics / it all on the kyrosels and after grevences the law Library is broke and does not exist for us or there is no access Claim Number # 3: for us because every time

**Type of Claim** (for example, excessive force, denial of medical care, etc.):

Refused to keep us safe from disease Placing our lives at risk and denying us basic human rights

**Date of the Occurrence:** 2-16-2017 — Through Present

**Name of Each Defendant involved:** Sheriff Helderback, Deputy Wilkins Deputy ALLEN, And all that work Pod E-104

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

Every week we are sapose to be allowed to groom ourselves but Deputies issue us broken Clippers, No blade guards No sanitary cleaners or disinfectants for hygne of equipment and shared equipment Transfer blood and pathegeus between inmates →

**With regard to Claim #3, are you suing Defendant(s) in his or her:** (check the appropriate blank)

_____        official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____        personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓        both official and personal capacity

-6-

①

UPon entering into the County Jail, I informed intake
I have suffered a spinal crush injury that has caused Major
Neurological problems, I had informed the jail staff, medical
personell, including several nurses, and the social worker
that I suffer in tremendous pain and asked them to get my
medical records, they said they would, several months
have passed and they still havent,

I informed them of other serious medical problems I suffer
from, A history of Pulmonary Embolisims and blood
clotting disorders, I made them aware I had no spleen or
appendics and a seriously compromised immune system
which has lead to sepsis and Neuropia which I remain
suseptible, Also I am confirmed to have Hepatitis C, I
also informed them that I had been advised to get tested
for HIV and AIDS because I used introvenious drugs with
those that were infected with both and Tuberculosis as
well!

I told them I suffered from severe bouts of depression, anxiety
Alcoholisum and drug addiction, I informed them I had been
twice committed within the last year and several weeks
previous to this incarceration in a mental ward for drugs
and alcohol, severity of intoxication and suicide!

I gave them the Hospitals, Doctors, and signed releases for
Hippa for them to get all my records mental and physical
finaly, I showed them I only have three (3) teeth on
top, two on the left side and one broken in half on the
right and that I was also missing several bottom teeth
as well and had a difficult time eating most foods

-2-                    Claim #1

Along with teeth missing, I have pancreatitus and bleeding ulcers that have required surgery and hospitalization several times. These conditions contribute to a very difficult diet and a hard time eating.

After everything was allegedly noted I was booked into the Benton County Jail.

Promptly I was stripped naked and thrown into a detox cell. I was put on a cold concrete floor that was covered in vomit, urine, fesis, blood and ~~the food given~~ salvia. After several hours nearly a day I was having sever halucinations confusion and started to have seizures, at that time I was given a turtle suit wrapped around my head but never fastened to keep me from braking my head into the concrete. After awhile I was moved to another cell same conditions and Nurse Tyranny was giving me medications, she had to put them in my mouth and pour the water in my mouth because the violent shaking I couldn't hold anything, " I beleve Nurse Tyranny saved my life." The nurse called for me to go to the hospital but she was denied being able to send me to the hospital. Nurse tyranny was subsequently ran off for trying to be a good nurse and no longer worked here!

I was moved to E-Pod, The sex offender Pod. I was put upstairs to Cell E-240 and put once again on the floor, ~~as~~ I couldn't climb and I wasn't done detoxing except for the vomit and having cloths, conditions were the same, I for the next 7-10 days was detoxed on this Pod in constant danger, in hazardous conditions

I was moved to E 141 on the bottom bunk because
I had such a hard time getting up and down the stairs.

At 500 Am. are doors would unlock and we were
required to leave our cells. We would have to sit on
metal stools or walk in circules on concrete for
9 hours or till 2 oclock then count for a few hours
then back out to steel & concrete

I had asked for the nurse to check my records
because I was in excruciating pain, the floors and
stools were crippling for me. I asked for a lay
in and a medical mat, lay ins were out of the
question and the nurse said she didnt do furniture
referring to the Medical Mat

I repeatidly asked to be housed on the medical
Pod but was denied, I filed grevinces asked to
speak with Lts and sergents all denied, went back to
nurse's asked to see doctor, denied, finaly I wrote
to the public defender for medical record about my back
and provided it to them. I asked again for
medical housing, I was told by Zachary Hale, Benton
County had no such thing as a medical Pod, The nurse
said I Needed to be Next to death, to get medical
housing so I was denied.

Ive enclosed Medical Records just about my back
with this complaint, I have numerious other to introduce
once I am able to get them"

They have several area's for people with canes or back
problems next to booking but being a sex offender

(4)                    Claim #1

from 36 years ago I am denied being housed were anyone else would be housed their, and I am here on firearm charges, not "sex offence." That was under youth offender Act in New Jersey in 1981, convicted in 1983

I'm not being punished im being tortured daily my medical is becoming worse and now I face irreversable medical damage, Please read Doctors Note

continued                    CLAIM #1

by putting me with bodily fluids of others and leaving me in seizures bashing my head on the floor and watching and disregarding it as oh well if he dies he dies,

My medical is well documented and they have Numerous records,

by pulling me from detox and putting me in sex offender population, hallucinating having seizures confused and extremely vulnerable to harm by myself, others and no observation or availability of help outside of other prisoners who may or may not help me, perhaps even kill me!

They were negligent willfully harming me and risking my life and health.

Ive included one of my medical records that I have, I will send the Numerous medical & mental records as soon as I can get my Public Defender to get them!

CLAIM (1)

Mental

①

I had requested to see someone from Mental Health Psychiatrist, Psychologist, Social worker ect.

I was told their is no mental Health available, I explained to the Social Worker I had became very anxious and feeling hopeless, she said the nurses got together to decide what could be done and the only choice is a Medical Doctor which they denied

I've asked for at least to see a priest, I have and do consider suicide and want to make peace perhaps a priest could help me but I was denied a priest as well, I filed a grievence that I need mental health, again I've been denied!

I've told them of my mental Hospital commitments requested by north west medical center, Doctor's as well as family Doctors all state problems with severe depression, All my Request for help, grievences and even request for a priest have been denied All have been documented!

Claim Number #2



Legal

I asked for access to the Law Library, I was denied
I requested access at least 5 more times I was denied
finaly, After several greivences I was told I could go
to the law library

The Law Library was a tiny computer, offline and
broke, No books, form's Motions or resources of any
Kind, I told the Officer on the Pod the computer
didNt work, He informed me he didNt care and
that if I ever sent another greivence like my last
I would loose my Keyosk privileges and be put
in the hole "This is my Greivence"

Can I at least get a type writter so my letters will look
acceptable to the New Jersey Supreme Court, Or should I use
cryons I need access to the Law Library Unless you can
shepperalize st of NJ VS Kovack    2.27.2017
                                R. Holt    Read

I was told any further request or greivences would only
sarcasim would result in a beating and the hole!

ALL my request the Deputys want to Know specifics
criminal Civil and will determine if we con use
the library dependent on what they think of our
case, "Please Check the Keyosck" They wrote it
right on the offical response questoins are legal issues
since when do I have to discuss my legal case with Cops

CLAIM # 3                                   Hygene



For Our Hygene and grooming for Court we are all forced to Use the Same Hair Clippers for hair cuts, shaves, Ear hair Nose Hair Eyebrows Ect,

We all use the same fingernail and Toe Nail clippers niether the hair clipper's or nail clippers are cleaned in between each use.

The Hair clippers usually have no gaurd leading to many small cuts, My last hair cut and shave led to me being cut several times leaving blood on the clippers, they were never cleaned and a least 20 inmates Used these clippers behind me, Everyone was exposed to my blood Pathogens, Hepatitus C and possibly much WORSE

I have been exposed to the other inmates blood pathogens and I have a broken immune system. I do not want others diseases, NOR do they want mine, I don't want to live with the idea they catch my disease get out spread it to their families

Direct complaints and grevences do Nothing, I can go to court ungroomed looking crazy or I can roll the dice and perhaps get sicker then I already am, The nail and toe clippers are the same standard,

I believe I'm entitled to be safe from disease but Benton County seems not to care!

Conditions of Jail are atroshis, We do not get outside recreation, but every few weeks, We are forced on metal stools or concrete floors We cant lean on any thing for back support, We are forced to buy or do without boxer's underware, T shirts, Sock's

We must pay for our own Medications, Dr Visits, Dental and nurse call, We are subject to get indigent packs when ever commissary comes which is never consistant It may miss for days leaving us with No soap, envelopes access to courts, Pencil, Paper ect!

Deputy make hostile threats, Nurses ignore the sick, our food is tampered with by inmates wishing to do sex offenders harm and we are repeatley punished beyond what any other groups are subjected to in Jail, They have made everyone with a past or present sex offense a target and find it amuzing

We are still people, torture, discrimination and the right to life with some type of happiness should be fundemental Well here they are not,

I have filed grevences and all have been denied seeking relief through the State the Jail ect, I have gotten no relief! Even things as simple as cleaning and turning on the air filter are never done I shouldNt have to become crippled because their policies discriminate against sex offenders, I cant Stand + sit and sleep on steel and concrete with my medical Conditions, But I cant get medical or medical Housing!

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

To allowed to be free from pain, to be protected against sickness + discrimination, free from torontine free from abuse + torture free to be protected by the Constitution safe healthy and protected

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

## VII.  Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓    Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓    Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

Would ask everyone Ive been housed with be provided with blood test allow them to know they may have been exposed to my diseases and I want extensive medical Blood work and test and treatment for any thing I may have contracted, also the others families and rubs put in place so this Never happens again !

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  3  day of  April  20 17 .

Daniel S Andrews Jr
**Printed Name of Plaintiff**

Donald S Andrews Jr
**Signature of Plaintiff**

-7-

*SM*
*2015 - 2120 - 1*

February 15, 2017

RE:   Donald Andrews

To Whom It May Concern

I, George William Deimel, M.D., have been asked to provide a letter outlining the medical course for Donald Andrews. Mr. Andrews was first evaluated clinically on November 16, 2016. At that time, he reported 10 months of right upper and lower extremity sensory disturbance and right lower extremity weakness. Evaluation demonstrated severe lumbar spinal stenosis, traumatic peripheral neuropathy, and severe carpal tunnel syndrome.

It was recommended that he undergo further treatment to prevent progressive worsening of his neurological status. His treatment plan is underway and includes a combination of physical therapy, injections and likely surgery. It is felt that delays in his care could potentially lead to irreversible neurological changes. Please see clinical documentation for specific diagnoses and treatment plan. If there are any questions or concerns regarding his clinical status, please feel free to contact my office for further clarification.

Sincerely,

**George BJ W. Deimel, M.D.**

G B/mda/tda/em/PO
142583503

CLINIC NOTE

DONALD ANDREWS

ACCOUNT: 14487
DOB: 08/23/1963
DATE: 11/16/2016

Referring provider: Norman Tubb, MD

**Chief complaint:**
1. Back and right leg pain.
2. Right hand numbness and tingling.

**History of present illness:** Mr. Andrews is a 53-year-old gentleman who presents to clinic today for two separate complaints. The first is his right leg. He has noted weakness for the past 10 months. He states that he got excessively intoxicated and was found down after 12 to 14 hours. When he woke up, he was unable to move his leg. He went to the emergency department where he was admitted for continued observation in the setting of being found down. He states that the leg has started to "wake up", but he still has difficulty moving. His foot is still weak. He has been wearing an ankle brace because of instability. He was initially told to follow up with orthopedics, but he did not have insurance at that time. He has since been able to obtain insurance and his primary care provider has referred him to us for further evaluation and treatment options. He states that the loss of his right leg has been functionally limiting to him. He has had a 40-pound weight loss due to his inability to perform physical activities. He denies any bowel or bladder changes. He does have frequent urination. He has had prior trauma to his lumbar spine secondary to a motorcycle crash in 2005. He was told that he had broken vertebrae in his back before. An MRI was obtained during his last hospitalization. He does not have those in to just review.

In addition to the right leg, which is a primary complaint, he also complained of right hand numbness and tingling. He states it will go to sleep at times. He has pain on the dorsal aspect of his hand occasionally. He states he wakes up at night and has to shake it. He denies any neck pain. His hand will feel weak. If he shakes it, it gets better. It also affects him while driving.

**Review of Systems:** ROS noted per patient intake form. A 10+ review of systems was discussed with the patient and pertinent positive/negative are listed in the HPI.

**Past Medical/Surgical History:** Documented in patient intake form. Reviewed and discussed.

**Medications/Allergies:** Documented in patient intake form. Reviewed and discussed.

**Social History:** Documented in patient intake form. Pertinent details reviewed and discussed.

**Family History:** Documented in patient intake form. Pertinent details reviewed and discussed.

**Physical examination:**
    **General:** Well-developed, well-nourished individual in no acute distress.
    **Mental Status:** Appropriate mood and affect. Grossly oriented with coherent speech and thought processing.
    **Psych:** Pleasant, cooperative. Makes eye contact. Contextual speech and thought processing. Waddell's (0/5; tenderness, overreaction, regionalization, distraction, simulation)
    **ENT:** No craniofacial deformity or asymmetry.
    **Eyes:** Grossly normal visual fields. No redness appreciated.
    **Respiratory:** Breathing comfortable and regular. No dyspnea noted during examination.
    **GI/Abdominal:** No abdominal tenderness, rebound or guarding.
    **Skin:** Inspection grossly negative for erythema, breakdown, or concerning lesions in the affected area.

**Neurologic:**
Gait:  He walks with a mild steppage gait.  He is using a soft ankle brace for ankle stability.
Strength:  The right lower extremity was evaluated and noted to have EHL and posterior tib weakness.
Sensation:  He has decreased sensation on the dorsum of the foot.

**Musculoskeletal:**
Cervical spine:  Normal pain free ROM.  No gross axial skeletal deformities. Inspection and palpation of the spine and upper extremities are unremarkable.  Spurling's to affected side is negative for reproduction of pain or paresthesias.

Shoulder: Full and symmetrical shoulder ROM with flexion, abduction, ER/IR.  No evidence of scapular dyskinesia.  Non-tender to palpation over AC or SC joint.  Negative impingement with Neer's and Hawkin's.  Negative Speed's.  No pain or instability with apprehension, relocation. No instability with axial posterior load.  Negative dynamic labral shear.

Elbow:  Full ROM of elbow.  Non tender to palpation over lateral epicondyle.  No pain with resisted wrist extension, third finger extension.  Negative chair lift.

Wrist/hand:  Neurovascularly intact.  Carpal tunnel compression is mildly provocative for third finger paresthesias after 30 seconds.  Negative Tinel's over the median nerve at the wrist and ulnar nerve at the elbow.

Lumbar spine:  Tenderness to palpation over the right lumbosacral junction.  Straight leg raise is noted for reproduction of back, buttock and leg pain.

**IMPRESSION/REPORT/PLAN:**

Imaging/Record Review:  A report of an MRI of the lumbar spine from Mercy Medical Center was reviewed. It shows severe stenosis at the L4-5 level.  Lumbar spine radiographs were obtained.  There is disk space narrowing and vertebral collapse of the superior endplate of L2.  No evidence of listhesis.

**Diagnoses:**
1.  Right leg pain and weakness after being found down.  Rule out lumbar radiculopathy versus traumatic sciatic neuropathy versus peroneal neuropathy.
2.  Right hand pain and paresthesias, suspect carpal tunnel syndrome.
3.  MRI report of severe spinal stenosis at L4-5.
4.  Chronic neuropathic pain.
5.  Gait instability with risk of falls.

Assessment/plan:  Mr. Andrews is a 53-year-old gentleman who presents to clinic today with two separate complaints.  The first being his right lower extremity.  He has weakness which seems to follow an L5 distribution.  An MRI report shows severe stenosis at the L4-5 level with likely impingement of the transiting L5 nerve root.  This would certainly explain his symptoms.  This is complicated by the fact that he was found down after 12 hours in February, which precipitated the symptoms.  There is a possibility that he has suffered another lesion elsewhere.  Diagnostic considerations would be a sciatic compression neuropathy versus peroneal neuropathy at the fibular head.  Again, his pattern of weakness does not necessarily fit with the peroneal neuropathy, but I think electrodiagnostic studies would be helpful in clarifying his clinical picture and providing some prognostic information.  We will set him up with our DME provider for an ankle-foot orthosis. We will start physical therapy at Ozark Orthopaedics in Bentonville.  We will add Neurontin for neuropathic pain.  He also complains of right hand pain and paresthesias.  Clinically, his symptoms sound consistent with carpal tunnel syndrome.  We will add electrodiagnostic studies of the right upper extremity to assess.  We will see him back after we have been able to obtain all of this information.  We will assess his clinical status and determine next step in treatment options at that time.  All questions and concerns were addressed.  The patient

DONALD ANDREWS
3 of 3

verbally endorsed understanding and was agreeable to proceed.



**George BJ W. Deimel, M.D.**
Ozark Orthopaedics
P. O. Box 1608
Fayetteville, AR 72702
(479) 521-2752

cc:   Mercy Medical Center(Emdat Autofax)
      Norman Tubb, MD(Emdat Autofax)

G B/vj/
137500180

DONALD ANDREWS

ACCOUNT: 14487
DOB: 08/23/1963
DATE: 12/14/2016

Referring provider: Norman Tubb, DO

Chief Complaint:  Consideration of electrodiagnostic studies of the right upper and lower extremities for right footdrop, right wrist pain and hand paresthesias.

History of present illness:  Mr. Andrews is a 53-year-old gentleman who I have seen previously in clinic for the primary complaint of right leg pain and weakness.  He was found down in the setting of altered mental status.  He reportedly was down for approximately 12 hours.  He woke up with right leg weakness.  He has a prior MRI, which shows severe stenosis of the lumbar spine.  We have fitted him with an ankle foot orthosis, which has helped his mobility.  He still has ongoing gait instability.  We also started Neurontin, which has only provided minimal relief.  Additionally, during the clinical evaluation, he reported right hand numbness and tingling.  He states that it often wakes him up at night.  He has lost grip strength as well.  He is here today to undergo electrodiagnostic evaluation and discuss further evaluation and treatment options.

Review of systems, past medical/surgical history, medications/allergies and pertinent details of social history/family history were reviewed and discussed as relevant to their current presentation.

Physical examination:
General: Well-developed, well-nourished individual in no acute distress.
Mental Status:  Appropriate mood and affect.  Grossly oriented with coherent speech and thought processing.
Respiratory:  Breathing comfortable and regular.  No dyspnea noted during examination.
Skin:  Inspection grossly negative for erythema, breakdown, or concerning lesions in the affected area.
Musculoskeletal:  Weakness of the ankle dorsiflexors.  Additionally, he has activation, but weakness of the EHL.  There are other L5 innervated muscles which demonstrate clinical weakness.  He has difficulty doing toe raise on that side.  Decreased sensation over the dorsal aspect and lateral aspect of the leg.

IMPRESSION/REPORT/PLAN:

Imaging/Record Review:  I have reviewed an MRI from Mercy Medical Center, which shows severe stenosis at the L4-5 level.

Diagnoses:
1.  Right leg pain and weakness after being found down.  Rule out lumbar radiculopathy versus traumatic sciatic neuropathy versus peroneal neuropathy.
2.  Right hand pain and paresthesias, suspect carpal tunnel syndrome.
3.  MRI report of severe spinal stenosis at L4-5.
4.  Chronic neuropathic pain.
5.  Gait instability with risk of falls.

Assessment/plan:  The patient presents for evaluation of right leg pain, paresthesias, and weakness.  Additionally, he has right hand numbness and tingling with subjective loss of grip strength.  We discussed the clinical course and decision was made to proceed with electrodiagnostic studies to further clarify the clinical picture.  The findings of the EMG/NCS were discussed with the patient in the context of the clinical presentation.  See waveforms and summary of needle EMG findings at the end of this report including the interpretation of the electrodiagnostic findings.  They were instructed to follow up with the referring provider for further evaluation and treatment options.  All questions and concerns were addressed.

DONALD ANDREWS
2 of 4

## Electrodiagnostic Study

### SNC

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | Amp µV | Segments | Distance mm | Peak Diff ms | Velocity m/s | Temp. °C |
|---|---|---|---|---|---|---|---|---|---|
| **R Median - Digit II (Antidromic)** | | | | | | | | | |
| Wrist | Dig II | 4.6 | 5.1 | 4.0 | Wrist - Dig II | 130 | | 28 | 29.9 |
| Elbow | Dig II | 2.4 | 3.0 | 6.0 | Elbow - Wrist | | -2.0 | | 29.9 |
| **R Ulnar - Digit V (Antidromic)** | | | | | | | | | |
| Wrist | Dig V | 2.3 | 3.1 | 15.2 | Wrist - Dig V | 110 | | 47 | 29.2 |
| B.Elbow | Dig V | 6.5 | 7.4 | 2.4 | B.Elbow - Wrist | 230 | 4.3 | 56 | 29.4 |
| A.Elbow | Dig V | 8.3 | 9.1 | 4.6 | A.Elbow - B.Elbow | 110 | 1.7 | 59 | 29.4 |
| **R Median, Ulnar - Transcarpal comparison** | | | | | | | | | |
| Median Palm | Wrist | NR | NR | NR | Median Palm - Wrist | 80 | | NR | 30.1 |
| Ulnar Palm | Wrist | 1.6 | 2.2 | 10.0 | Ulnar Palm - Wrist | 80 | | 51 | 29.9 |
| | | | | | Median Palm - Ulnar Palm | | NR | | 29.9 |
| **R Radial - Anatomical snuff box (Forearm)** | | | | | | | | | |
| Forearm | Wrist | 1.7 | 2.3 | 21.6 | Forearm - Wrist | 100 | | 58 | 30.3 |
| **R Sural - Ankle (A 7 cm, B 14 cm, C 21 cm)** | | | | | | | | | |
| Calf (A) | Lat mall | NR | NR | NR | Calf (A) - Lat mall | 70 | | NR | 29.9 |
| Calf (B) | Lat Mall | NR | NR | NR | Calf (B) - Lat Mall | 140 | | NR | 29.9 |

### MNC

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Duration ms | Rel Amp % | Segments | Distance mm | Lat Diff ms | Velocity m/s | Temp. °C |
|---|---|---|---|---|---|---|---|---|---|---|
| **R Median - APB** | | | | | | | | | | |
| Wrist | APB | 10.3 | 1.7 | 7.1 | 100 | Wrist - APB | 70 | | | 32.9 |
| Elbow | APB | 16.4 | 1.2 | 6.1 | 67.8 | Elbow - Wrist | 250 | 6.0 | 41 | 22.9 |
| **R Ulnar - ADM** | | | | | | | | | | |
| Wrist | ADM | 2.8 | 7.0 | 7.3 | 100 | Wrist - ADM | 65 | | | 31 |
| B.Elbow | ADM | 6.9 | 6.2 | 7.5 | 88.5 | B.Elbow - Wrist | 240 | 4.2 | 58 | 31.3 |
| A.Elbow | ADM | 9.4 | 5.5 | 6.9 | 88.3 | A.Elbow - B.Elbow | 130 | 2.5 | 52 | 31.5 |
| **R Peroneal - EDB** | | | | | | | | | | |
| Ankle | EDB | 9.1 | 0.4 | 4.5 | 100 | Ankle - EDB | 85 | | | 29 |
| Fib head | EDB | 16.2 | 0.4 | 6.3 | 87.4 | Fib head - Ankle | 290 | 7.1 | 41 | 29 |
| Pop fossa | EDB | 18.3 | 0.4 | 6.1 | 107 | Pop fossa - Fib head | 90 | 2.1 | 43 | 29 |
| **R Tibial - AH** | | | | | | | | | | |
| Ankle | AH | 8.5 | 1.4 | 5.9 | 100 | Ankle - AH | 80 | | | 29.7 |
| Pop fossa | AH | 17.0 | 1.3 | 7.9 | 00.5 | Pop fossa - Ankle | 370 | 9.2 | 40 | 29.7 |

### EMG

| EMG Summary Table | | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|---|
| Muscle | | IA | Fib | PSW | Fasc | Other | Amp | Dur | Polys | Pattern |
| R. Tibialis anterior | | Incr | 3+ | 3+ | None | | Gr Incr | Gr Incr | 3+ | Reduced |
| R. Gastrocnemius (Medial head) | | Incr | 2+ | 1+ | None | CRD | Incr | Incr | 1+ | Reduced |
| R. Tibialis posterior | | Incr | 2+ | 2+ | None | | Gr Incr | Gr Incr | 1+ | Reduced |
| R. Vastus medialis | | N | None | None | None | | N | N | N | N |
| R. Tensor fasciae latae | | N | None | None | None | | N | N | N | N |

DONALD ANDREWS
3 of 4

**EMG Summary Table**

| Muscle | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | Other | Amp | Dur | Polys | Pattern |
| R. Biceps femoris (short head) | N | None | None | None | . | N | N | N | N |
| R. Gluteus maximus | N | None | None | None | . | N | Incr | 2+ | N |
| R. Lumbar paraspinals | N | None | None | None | . | -- | -- | -- | -- |
| R. First dorsal interosseous | N | None | None | None | . | N | N | N | N |
| R. Abductor pollicis brevis | N | None | None | None | . | Gr Incr | Gr Incr | N | N |
| R. Flexor pollicis longus | N | None | None | None | . | N | N | N | N |
| R. Pronator teres | N | None | None | None | . | N | N | N | N |
| R. Triceps brachii | N | None | None | None | . | N | N | N | N |
| R. Deltoid | N | None | None | None | . | N | N | N | N |
| R. Biceps brachii | N | None | None | None | . | N | N | N | N |

**Summary:** Nerve conduction studies of the right lower extremity demonstrated low amplitude peroneal and tibial motor responses. Additionally, there was diminished to absent sensory responses with sural and superficial peroneal sensory testing. Needle EMG of the right lower extremity revealed fibrillation potentials/positive sharp waves and complex poorly recruited motor units in right distal lower extremity muscles including tibialis anterior, medial gastrocnemius, and posterior tibialis. There were no specific neurogenic findings in proximal sciatic or L5 innervated muscles.

Nerve conduction studies of the right upper extremity demonstrated marked prolongation of the median motor distal latency and low amplitude median CMAPs. The median sensory responses were absent. Needle EMG of the right upper extremity revealed motor unit enlargement of the right median innervated thenar muscles. The remainder of the needle EMG was normal.

**Impression:** Abnormal EMG.

1. There is EMG evidence of a right sciatic mononeuropathy with ongoing denervation in distal innervated muscles. In this particular clinical context, the EMG findings are most suggestive of a traumatic, compression injury to the sciatic nerve localizing proximal to the fibular head and distal to the branch point of the hamstring musculature.

2. There are no convincing EMG findings of an active right lumbosacral radiculopathy or plexopathy. A peripheral polyneuropathy would require more diagnostic testing including contralateral lower limb studies to definitively exclude.

3. There is EMG evidence of a severe right median mononeuropathy at the wrist. These findings are consistent with the clinical diagnosis of carpal tunnel syndrome.

4. There is no EMG evidence of a right cervical radiculopathy, brachial plexopathy, or peripheral polyneuropathy involving the right upper extremity.

5. These findings were discussed with the patient following conclusion of testing. We discussed the fact that he has fairly advanced degenerative changes in his lumbar spine which may be contributing to his pain complaints. Although the EMG testing is most suggestive of a sciatic mononeuropathy, we discussed interventional procedures as a way to determine the contribution of his lumbar spine to his current pain complaints. He had contemplated pursuing surgical intervention for his lumbar spine. I told him that it may very well help him clinically with respect to pain, but I am not sure that we can expect an improvement of his right lower extremity weakness based on his EMG findings and this being a being a peripheral nerve issue. We discussed the role of injections as both diagnostic and potentially therapeutic. He would like to proceed. We will plan for a right L4-5, L5-S1 TFESI. I would like to see

DONALD ANDREWS
4 of 4

him back two weeks after the injection to assess his response and determine the next step in treatment options.

6.  We discussed his right hand symptoms and EMG findings.  He wants to continue workup of his back before he makes any decisions regarding surgical intervention for his hand.  We will set him up with a DME provider for a right wrist brace.  I think he will ultimately require surgery given the severity of the findings.

7.  Finally, we discussed pain management.  He is using Neurontin without significant therapeutic benefit.  We will add tramadol as an adjunct.  If he fills he ultimately need to escalate to opioids, we will transition him over to chronic pain management to determine if he is an appropriate candidate.  This plan was discussed in detail with the patient.  He verbally endorsed understanding of the plan and was agreeable to proceed.



George BJ W. Deimel, M.D.
Ozark Orthopaedics
P. O. Box 1608
Fayetteville, AR 72702
(479) 521-2752

G B/vj/
139118144



PROCEDURE: MRI LUMBAR SPINE WITHOUT CONTRAST        # 14487

DATE: 3/25/2016

HISTORY: Back pain.

TECHNIQUE: Multiplanar multisequence MRI of the lumbar spine is
performed without contrast administration.

COMPARISON: Comparison is made to the prior study of 7/28/2014.

FINDINGS: The lumbar vertebral segments are in normal alignment. There
is a Schmorl's node along the superior endplate at the L2 level.
Lumbar vertebral body heights are otherwise maintained. No abnormal
marrow replacement signal identified. There is mild intervertebral
disc disease at the L4-L5 level without significant reduction of
vertical disc space height.

At the L1-L2 lumbar level, diffuse posterior disc bulge is identified.
No significant central or lateral recess stenosis is seen. The neural
foramina are patent bilaterally.

At the L2-L3 lumbar level, a small central disc protrusion is
identified with mild facet and ligamentum flavum hypertrophy resulting
in mild canal stenosis. The neural foramina are patent bilaterally.

At the L3-L4 lumbar level, no significant disc bulge, disc herniation,
or canal stenosis is identified. The neural foramina are patent
bilaterally.

At the L4-L5 lumbar level, severe spinal stenosis is seen secondary to
the triad of diffuse posterior disc bulge and facet and ligamentum
flavum hypertrophy. In addition, a small central and right paracentral
superimposed disc protrusion is seen. This results in a trefoil
appearance of the thecal sac and central displacement of nerve roots.
The neural foramina are encroached bilaterally at this level.

At the L5-S1 level, no significant disc bulge, disc herniation, or
canal stenosis is identified. The neural foramina are patent
bilaterally.

Extensive presacral edema signal intensity is identified without
marrow edema within the sacrum. There is prominent superficial soft
tissue edema as well. This edema is nonspecific.

IMPRESSION
IMPRESSION:
1. Intervertebral disc disease at L2-L3 and L4-L5 without significant
reduction of vertical disc space height.

2. Schmorl's node along the anterior and superior endplate at the L2
level.

3. Severe spinal stenosis at L4-L5 secondary to the triad of diffuse
posterior disc bulge and facet and ligamentum flavum hypertrophy,
slightly more pronounced when compared to the prior study. A small
superimposed central and right paracentral disc protrusion is also
seen. The neural foramina are encroached bilaterally.

4. Extensive edema signal intensity in the presacral soft tissues

without marrow edema in the sacrum to suggest a sacral fracture. There
is extensive superficial soft tissue edema of the posterior back. The
edema is nonspecific.

5. Other findings as above.

**Northwest Medical Center - Bentonville**

3000 Medical Center Parkway
Bentonville, AR 72712-
(479) 553-1000

| | | | |
|---|---|---|---|
| **Patient:** | **ANDREWS, DONALD S** | Adm Date: | 1/4/2017 |
| MRN: | 000263311 | Attending: | DEIMEL W,IV GEORGE MD |
| Account #: | BV3252320 | Primary Care: | TUBB,NORMAN G MD |
| Service Code: | ASC AMBULATORY SURGERY CENTER | DOB/Sex: | 8/23/1963   Male |
| Room #: 7102 | Bed #: P | Copy to: | DEIMEL W,IV GEORGE MD |

---

### Procedure Note

| | |
|---|---|
| Result Type: | Procedure Note |
| Result Date: | 1/4/2017 13:05 CST |
| Result Status: | Auth (Verified) |
| Result Title: | Fluoro procedure note |
| Performed By: | DEIMEL W,IV GEORGE MD (1/4/2017 13:13 CST) |
| Verified By: | DEIMEL W,IV GEORGE MD (1/4/2017 13:13 CST); DEIMEL W,IV GEORGE MD (1/4/2017 13:13 CST) |

**Procedure date/time:** 1/4/17 @ 1300

**Diagnosis:** Right lumbosacral radicular pain

**Indication:** Pain

**Procedure performed:** Right L4-5 and L5-S1 transforaminal epidural steroid injection(s)

**Attending:** George W. Deimel, MD.

**Anesthesia:** Local

**Procedure:** The patient initially presented to the holding area of the surgical center for check in. The patient expressed an understanding of the procedure and wished to proceed. The risks including but not limited to bleeding, infection, injury to nerve or vessel, and adverse reactions were reviewed with the patient in detail and informed, written consent was obtained. The signed consent form will be scanned into the electronic medical record for review and documentation purposes.

The patient was then taken back to the procedural suite and placed on the procedural table in the prone position. A time-out procedure was performed to confirm the correct patient with 2 patient identifiers, procedure, side and level. Per patient request and after assessment with pre-procedural cardiopulmonary monitoring, IV access was obtained. The patient was then administered 2 mg of midazolam (1mg/ml) for anxiolysis with ongoing assessment of cardiopulmonary status throughout the procedure. The back was prepped and draped in the usual sterile fashion with sterile scrub x 3 and sterile OR towels.

The C-arm was positioned to appropriately identify the correct lumbar levels. The skin entry points were anesthetized with 3 ml(s) of 1% lidocaine at each injection site. A 22 gauge, spinal needle was advanced under fluoroscopic guidance to the superior, anterior aspect of the right L4-5 neural foramen. A second needle was then placed and advanced to the superior, anterior aspect of the right L5-S1 neural foramen under fluoroscopic guidance. Appropriate placement was confirmed using AP, lateral and oblique fluoroscopic images and injection of 0.5 ml of contrast. There was no evidence of intravascular uptake not d using standard fluoroscopy.

After confirmation of appropriate placement, a 2 ml mixture of DepoMedrol (40mg/ml x 1 ml) and preservative-free 2% lidocaine was injected at each level. The needles were removed and hemostasis was achieved. Images were ar hived in the PACS system for documentation purposes and future review.

The patient tolerated the procedure well. They were observed for a short period in the post-operative area. Vitals were stable and they were discharged in good condition under their own power. They were provided a post injection pain log to document their response to injection. They will follow up with me in 2 weeks and have my card to contact me with any questions or concerns regarding the injection.

**Fluoroscope Time:** 41.5 seconds

---

**Patient:**      **ANDREWS, DONALD S**          Adm Date:      1/4/2017
MRN:          000263311                      Attending:     DEIMEL,W,IV GEORGE MD
Account #:     BV3252320                      Primary Care:  TUBB,NORMAN G MD
Service Code:  ASC AMBULATORY SURGERY CENTER  DOB/Sex:       8/23/1963    Male
Room #: 7102          Bed #:  P                Copy to:       DEIMEL W,IV GEORGE MD

| *Procedure Note* |
|---|

**IMPRESSION:** Technically successful, fluoroscopically-guided right L4-5 and L5-S1 transforaminal epidural steroid injections.

Electronically Signed on 01/04/2017 01:13 PM CST

DEIMEL W, IV GEORGE MD

Modified by: DEIMEL W, IV GEORGE MD on 01/04/2017 01:13 PM CST

9015 - 9120 - 1

X Sm

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: DONALD SETH ANDREWS          Health Record Number: _____

Date of Birth  08 / 23 / 1963

1. I authorize the use or disclosure of the above named individual's health information as described below:

2. The following individual or organization is authorized to make the disclosure:

OZARK ORTHOPAEDICS

Address  1860  SE  MOBERLY LN

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)

☐ problem list
☐ medication list                                    FX 479 271 1011
☐ list of allergies
☐ immunization record
☐ most recent history and physical
☐ most recent discharge summary
☐ laboratory results            from (date) _____ to (date) _____
☐ x-ray and imaging reports     from (date) _____ to (date) _____
☐ consultation reports          from (doctors' names) _____
☐ entire record
☐ other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

BENTON COUNTY PUBLIC DEFENDER'S OFFICE

Address: 1204 S.W. 14TH ST. BENTONVILLE, AR  72712

for the purpose of:  CRIMINAL DEFENSE

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).

_____            2-7-17
Signature of Patient or Legal Representative        Date


_____            _____
If Signed by Legal Representative, Relationship to Patient    Signature of Witness

```
OZARK ORTHOPAEDICS (OOC)      INQUIRY  OPER: OBSM  RUN DATE 02/16/17  PAGE:      1
ACCT: 14487 DONALD S ANDREWS
----------------------------------------------------------------------------------
ACCOUNT: 14487           TEL: (479)616-1394 MOBILE:              COUR %:    0
 DONALD S ANDREWS
 036 AUDREY LN                                      STMT GP:       TYP:
                                                    DUN CL: 1   RU 929
 ROGERS AR 72756                                    PYMT PLAN..:
CHART LOCATION  22  GUAR SS#      155689130  OPEN SLOT
COMMENT.........:
----------------------------------------------------------------------------------
        PERSONAL      INSURANCE      COLLECTION      WORK COMP   ACCOUNT TOTAL
         932.05         0.00           0.00            0.00         932.05
----------------------------------------------------------------------------------
LAST STMT: 01/16/17 STMT DELAY:         STMT COUNTER: 2 LAST CHARGE: 01/04/17
LAST PERS PAY 07/28/06  CUR PERS PAY        0.00  YTD PERS PAY        0.00
CREDIT DATE:         CREDIT MESSAGE:
PENDING LETTERS:                                        BAD DEBT
LAST LETTERS...:                                        WR-OFF:           0.00
DATES.........:
* ACCOUNT IS IN TICKLER QUEUE: CCALLS (PATIENTS TO CALL)
----------------------------------------------------------------------------------
      CHG# CTRL# PAT    DOC TRNCODE/NO    DESCRIPTION   INS    AMOUNT DATE
              POS       DX               SETH NAME    HISTORY#

  2770430 94292 DONALD 045 99204        OFFIC/OUTPT  BLC7/IB   234.00  11/16/16
            38       M5416                1 MEDICAL            3*
  *PMT* 94325        136             CREDIT CARD               40.00- 11/22/16
         TYPE: O  CREDIT CARD #: 7150        EXP DATE: 000000
  *PMT*  154        111             BLUE CROSS B             162.19- 12/05/16
         CHECK#: 009939194
         ABA#: 120516
  *MSG*             PR3             CO-PAYMENT AMOUNT
  *MSG*             CO45            CHARGES EXC CONTRACT LEGISL FEE ARRANG.
  *ADJ*  154        32              BLUE CROSS A              31.81- 12/05/16
  2770430  *TOTAL*                  DUE FROM     BLC7/IB       0.00  AGE=   0

  2770431 94292 DONALD 045 72100        RAD EXAM SPI BLC7/IB   95.00  11/16/16
            38       M5416                1 MEDICAL            3*
  *PMT*  154        111             BLUE CROSS B              47.41- 12/05/16
         CHECK#: 009939194
         ABA#: 120516
  *MSG*             CO45            CHARGES EXC CONTRACT LEGISL FEE ARRANG.
  *ADJ*  154        32              BLUE CROSS A              47.59- 12/05/16
  2770431  *TOTAL*                  DUE FROM     BLC7/IB       0.00  AGE=   0

  2790876 94852 DONALD 045 99214        OFFIC/OUTPT  BLC7/IB   138.00  12/14/16
            EMG      R202                1 MEDICAL            3*
  *PMT* 94869        102             PERSONAL CHE              40.00- 12/27/16
         CHECK#: 2719
         ABA#:
  *PMT*  150        111             BLUE CROSS B              90.66- 01/09/17
         CHECK#: 009952483
         ABA#: 010917
  *MSG*             PR3             CO-PAYMENT AMOUNT
  *MSG*             CO45            CHARGES EXC CONTRACT LEGISL FEE ARRANG.
  *ADJ*  150        32              BLUE CROSS A               7.34- 01/09/17
  2790876  *TOTAL*                  DUE FROM     BLC7/IB       0.00  AGE=   0

  2772532 94394 DONALD 045 403    /RT   AFO PLASTIC  BLC7/IB   369.00  11/16/16
            38       M5416                1 MEDICAL            3*
  *PMT*  151        111             BLUE CROSS B               0.00  12/08/16
         CHECK#: 009940609
         ABA#: 120816
  *MSG*             PR1             DEDUCTIBLE AMOUNT
  *MSG*             CO45            CHARGES EXC CONTRACT LEGISL FEE ARRANG.
  *ADJ*  151        32              BLUE CROSS A             114.94- 12/08/16
  *TFER*                           BLC7/IB TO     /PS         254.06
  2772532 *TOTAL*                  DUE FROM       /PS         254.06  AGE=  69

  2790885 94852 DONALD 045 95886        EMG S OR MOR BLC7/IB   420.00  12/14/16
            EMG      R202                1 MEDICAL            3*
  *PMT*  150        111             BLUE CROSS B               0.00  01/09/17
         CHECK#: 009952483
         ABA#: 010917
  *MSG*             PR1             DEDUCTIBLE AMOUNT
  *MSG*             CO45            CHARGES EXC CONTRACT LEGISL FEE ARRANG.
  *ADJ*  150        32              BLUE CROSS A             179.09- 01/09/17
  *TFER*                           BLC7/IB TO     /PS         240.91
  2790885 *TOTAL*                  DUE FROM       /PS         240.91  AGE=  37
```

```
OZARK ORTHOPAEDICS (OOC)      INQUIRY  OPER. ORSM  RUN DATE 02/15/17 PAGE    2
ACCT:14487 DONALD S ANDREWS

 2790886 94852 DONALD 045 95912       NERV COND ST BLC7/IB    602.00  12/14/16
              EMG      R202             1 MEDICAL            3*
 *PMT*   150           111            BLUE CROSS B             0.00  01/09/17
              CHECK#: 009952483
              ABA#: 010917
 *MSG*                 PR1            DEDUCTIBLE AMOUNT
 *MSG*                 CO45           CHARGES EXC CONTRACT LEGISL FEE ARRANG.
 *ADJ*   150            32            BLUE CROSS A            280.06- 01/09/17
 *TFER*                               BLC7/IB TO       /PS   321.94
 2790886 *TOTAL*                      DUE FROM         /PS   321.94  AGE=  37

 2792612 94910 DONALD 045 306    /RT  WRIST COCK U BLC7/IB     65.00  12/14/16
               38      R202             1 MEDICAL            3*
 *PMT*   163           111            BLUE CROSS B             0.00  01/05/17
              CHECK#: 009951286
              ABA#: 010417
 *MSG*                 PR1            DEDUCTIBLE AMOUNT
 *MSG*                 CO45           CHARGES EXC CONTRACT LEGISL FEE ARRANG.
 *ADJ*   163            32            BLUE CROSS A             17.78- 01/05/17
 *TFER*                               BLC7/IB TO       /PS    47.22
 2792612 *TOTAL*                      DUE FROM         /PS    47.22  AGE=  41

 2803467 95105 DONALD 045 64483   /RT  INJ FORAMIN BLC7/IB    564.00  01/04/17
               41      M5417            1 MEDICAL            3*
 *PMT*   152           111            BLUE CROSS B            106.75- 01/26/17
              CHECK#: 009959005
              ABA#:
 *ADJ*   152            32            BLUE CROSS A            411.50- 01/26/17
 *TFER*                               BLC7/IB TO       /PS    45.75
 2803467 *TOTAL*                      DUE FROM         /PS    45.75  AGE=  20

 2803468 95105 DONALD 045 64484   /RT  INJ FORAMIN  BLC7/IB   291.00  01/04/17
               41      M5417            1 MEDICAL            3*
 *PMT*   152           111            BLUE CROSS B             51.72- 01/26/17
              CHECK#: 009959005
              ABA#:
 *ADJ*   152            32            BLUE CROSS A            217.11- 01/26/17
 *TFER*                               BLC7/IB TO       /PS    22.17
 2803468 *TOTAL*                      DUE FROM         /PS    22.17  AGE=  20
-----------------------------------------------------------------------------
```

Donald Andrews
1300 SW 14th Street
Bentonville AR 72712

Le

Sheriff

INMATE MAIL

PRO

35 EAST

**LEGAL MAIL**

Fayettville